*Ellery Edwards* and *Mr. Joseph W. Cox* for respondent. *Mr. Solicitor General Beck,* by leave of court, filed a brief as *amicus curiæ.*

No. 690. THOMAS G. WATKINS, TRUSTEE, ET AL. *v.* J. H. SEDBERRY ET AL. January 30, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. C. C. Calhoun* and *Mr. Clarence T. Boyd* for petitioners. *Mr. Charles S. Lawrence* for respondents.

PETITIONS FOR CERTIORARI DENIED OR DISMISSED AS TARDY OR PREMATURE, FROM OCTOBER 3, 1921, TO AND INCLUDING FEBRUARY 27, 1922.

No. 300. STATE OF OHIO EX REL. ALLEN J. SENEY, PROSECUTING ATTORNEY, ETC. *v.* SWIFT & COMPANY ET AL. Appeal from the Circuit Court of Appeals for the Sixth Circuit. October 10, 1921. Petition for a writ of certiorari herein denied. *Mr. Charles S. Northup,* for appellant, in support of the petition. *Mr. Harold W. Fraser,* for appellees, in opposition to the petition.

No. 316. P. E. HUNTER *v.* UNITED STATES. October 10, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Wade H. Ellis* and *Mr. Challen B. Ellis* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. Hugh A. Fisher* for the United States.

No. 331. GARFIELD PRIOLEAU *v.* UNITED STATES. October 10, 1921. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr.*